1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
6  Telephone: (415) 436-6730
   FAX: (415) 436-7169

7  Attorneys for Defendants

**IT IS SO ORDERED**
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| XUHUI HUANG, | No. C 08-0677 JW |
| Plaintiff, | |
| v. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; MICHAEL B. MUKASEY, U.S. Attorney General; EMILIO T. GONZALEZ, USCIS Director; ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigations; FRANCIS D. SICILIANO, Director of the USCIS San Jose Field Office, | JOINT MOTION FOR EXEMPTION FROM ADR PROCESS AND PROPOSED ORDER |
| Defendants. | |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to Plaintiff's request that this Court render a decision on his application for naturalization. Given the substance of the action and the lack of any potential middle ground, ADR

JOINT MOTION RE: ADR
No. C 08-0677 JW

will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: May 30, 2008　　　　　　　　　　　　　　Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　MELANIE PROCTOR[1]
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Attorneys for Defendants

Dated: May 30, 2008

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　JAMES CAI
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:　June 2, 2008

　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

JOINT MOTION RE: ADR
No. C 08-0677 JW　　　　　　　　　2