1   JOSEPH P. RUSSONIELLO (CSBN 44332)
    United States Attorney
2   JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
3   MELANIE L. PROCTOR (CSBN 228971)
    Melanie.Proctor@usdoj.gov
4   Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-6730
        FAX: (415) 436-7169
7
    Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12  XUHUI HUANG,                        )   No. C 08-0677 JW
                                        )
13                  Plaintiff,          )
                                        )
14            v.                        )
                                        )
15  MICHAEL CHERTOFF, Secretary of the  )   JOINT MOTION TO EXTEND DATE OF
    Department of Homeland Security; MICHAEL )   CMC AND PROPOSED ORDER
16  B. MUKASEY, U.S. Attorney General; EMILIO )
    T. GONZALEZ, USCIS Director; ROBERT S. )
17  MUELLER, III, Director of the Federal Bureau )
    of Investigations; FRANCIS D. SICILIANO, )
18  Director of the USCIS San Jose Field Office, )
                                        )
19                  Defendants.         )
    _____ )
20

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

JOINT MOTION RE: EXTEND TIME
No. C 08-0677 JW

On January 28, 2008, Plaintiff filed the above captioned action. Defendants answered the Complaint on March 31, 2008. It now appears that this case may be resolved administratively within the next 60 days. Accordingly, the parties hereby stipulate, pursuant to approval of the Court, to modify the scheduling order as follows:

Case Management Statement:              September 12, 2008

Case Management Conference:             September 22, 2008, at 10:00 a.m.

Dated: June 12, 2008                    Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney


                                        _____/s/_____
                                        MELANIE PROCTOR[1]
                                        Assistant United States Attorney
                                        Attorneys for Defendants

Dated: June 12, 2008


                                        _____/s/_____
                                        JAMES CAI
                                        Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:    June 18, 2008

                                        JAMES WARE
                                        United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

JOINT MOTION RE: EXTEND TIME
No. C 08-0677 JW                    2