1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                              UNITED STATES DISTRICT COURT
9
                            NORTHERN DISTRICT OF CALIFORNIA
10
                                     SAN JOSE DIVISION
11
   XUHUI HUANG,                         )
12                                      )   No. C 08-0677 JW
                  Plaintiff,            )
13                                      )
             v.                         )   **STIPULATION TO DISMISS AND**
14                                      )   **[PROPOSED] ORDER**
   MICHAEL CHERTOFF, Secretary of the   )
15 Department of Homeland Security;     )
   MICHAEL B. MUKASEY,                  )
16 U.S. Attorney General;               )
   EMILIO T. GONZALEZ, USCIS Director;  )
17 ROBERT S. MUELLER, III, Director of the )
   Federal Bureau of Investigations;    )
18 FRANCIS D. SICILIANO, Director of the )
   USCIS San Jose Field Office,         )
19                                      )
                  Defendants.           )
20 _____)

21     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney

22 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

23 action without prejudice in light of the fact that the United States Citizenship and Immigration

24 Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

25 within 30 days of the dismissal of this action.

26 ///

27 ///

28

Stipulation to Dismiss
C 08-0677 JW                                    1

Each of the parties shall bear their own costs and fees.

Dated: July 16, 2008                                Respectfully submitted,

                                                      JOSEPH P. RUSSONIELLO
                                                      United States Attorney

                                                      /s/
                                                      MELANIE PROCTOR[1]
                                                      Assistant United States Attorney
                                                      Attorneys for Defendants

Date: July 16, 2008                                      /s/
                                                      JAMES CAI
                                                      Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.
The Court terminates any pending deadlines, hearings and motions.  The Clerk shall close this file.

DATED:  July 25, 2008                               _____
                                                      JAMES WARE
                                                     United States District Judge

---

[1] I, Melanie Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.